IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARTHA ELIZABETH, INC., a Michigan corporation, and MARTHA RAPP  an individual,<br><br>    Plaintiffs,<br>v.<br><br>SCRIPPS NETWORKS INTERACTIVE, INC., an Ohio corporation, SCRIPPS NETWORKS, LLC, a Delaware limited liability company, COOKING CHANNEL, LLC, a Delaware limited liability company, and B360 MEDIA, Inc., a Canadian corporation,<br><br>    Defendants. | Case No. 1:10-cv-1244<br><br>Hon. Paul L. Maloney |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The Parties, having settled their differences by way of a Settlement Agreement representing a compromised resolution of the dispute and without admission of wrongdoing, hereby stipulate that the present action be dismissed with prejudice and without cost to either party.  Further, the parties hereby stipulate the preliminary injunction entered by Order dated May 9, 2011, and relief granted therein, terminate upon dismissal of this action.

Accordingly, all claims and counterclaims in the above-captioned lawsuit by and between Plaintiffs and Defendants are hereby dismissed with prejudice, and the preliminary injunction granted by the Order dated May 9, 2011, and relief granted therein, is hereby terminated.  The Court shall retain jurisdiction to enforce the Settlement Agreement and the terms and conditions thereof.

    IT IS SO ORDERED.

Dated:  July 29, 2011          /s/   Paul L. Maloney
                                        HONORABLE PAUL J. MALONEY
                                        UNITED STATES DISTRICT JUDGE

DATED:  July 29, 2011

Stipulated and agreed to by all parties.

Date:  July 29, 2011                         Scripps Networks Interactive, Inc.; Scripps
                                             Networks, LLC, Cooking Channel, LLC

                              By:    /s/ Bernard J. Fuhs
                                     Bernard J. Fuhs
                                     Christopher M. Taylor
                                     Attorneys for Defendant Scripps' and
                                     Cooking Channel
                                     Butzel Long PC
                                     150 West Jefferson, Suite 100
                                     Detroit, MI  48226


Date:  July 29, 2011                         B360 Media, Inc.

                              By:    /s/ Terence J. Linn
                                     Terence J. Linn
                                     Karl T. Ondersma
                                     Attorneys for Defendant B360 Media, Inc.
                                     Gardner, Linn, Burkhart & Flory, LLP
                                     2851 Charlevoix Drive SE, Suite 207
                                     Grand Rapids, MI  49546


Date:  July 29, 2011                         Martha Elizabeth, Inc. and Martha Rapp

                              By:    /s/ Richard A. Gaffin
                                     Richard A. Gaffin
                                     Attorney for Plaintiffs
                                     Miller Canfield
                                     1200 Campau Sq. Plz.
                                     99 Monroe Ave NW
                                     Grand Rapids, MI  49503